UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUSAN WHITING, )
)
Plaintiff, )
)
v. ) Civil Case No. 09-455 (RJL)
)
AARP and UNITED HEALTHCARE )
INSURANCE COMPANY, )
)
Defendants. )

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is this 26th day of March, 2010, hereby

**ORDERED** that the defendant United HealthCare's Motion to Dismiss [#15] is **GRANTED**; and it is further

**ORDERED** that the defendant AARP's Motion to Dismiss [#17] is **GRANTED**; and it is further

**ORDERED** that the above-captioned case be **DISMISSED** with prejudice.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge